Mildred K. O'Linn (State Bar No. 159055)
mko@manningllp.com
Lynn L. Carpenter (State Bar No. 310011)
llc@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO (also erroneously sued as FRESNO POLICE DEPARTMENT), OFFICER RUBEN RAMOS.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LEE THOMAS CORPUS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; FRESNO POLICE DEPARTMENT; OFFICER RUBEN RAMOS, and DOES 1 THROUGH 50, Inclusive,<br><br>　　　　Defendants. | Case No. 1:17-cv-01070-AWI-MJS<br>[*Hon. Anthony W. Ishii*]<br><br>**[~~PROPOSED~~] ORDER TO STAY PROCEEDINGS PENDING COMPLETION OF CRIMINAL CASE**<br><br><br>State Action Filed: 07/26/16<br>Sched. Conf.:　　01/04/18<br>Trial Date:　　　　N/A |

　　　　PURSUANT TO THE STIPULATION OF THE PARTIES ("Joint Stipulation To Stay Proceedings Pending Completion of Criminal Case"), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

**ORDER TO STAY PROCEEDINGS PENDING COMPLETION OF CRIMINAL CASE.**

1. The Court hereby Orders that all proceedings in this matter are STAYED until 30 days after the final disposition of the plaintiff's pending criminal case number F15903581 in Fresno County Superior Court; and

2. The parties shall file a status report with the Court every 90 days regarding the progress of the criminal case, or sooner if the case is resolved in the interim. The first such report shall be due 90 days after the entry of this Stipulation and Proposed Order. The parties shall indicate in the Status Report the current status of the ongoing criminal case.

IT IS SO ORDERED.

Dated: December 14, 2017

_____
SENIOR DISTRICT JUDGE

Respectfully Submitted By:

Mildred O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
Lynn L. Carpenter (State Bar No. 310011)
  *llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO (also erroneously sued as

1 FRESNO POLICE DEPARTMENT),
OFFICER RUBEN RAMOS.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28