# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LEE THOMAS CORPUS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; FRESNO POLICE DEPARTMENT; OFFICER RUBEN RAMOS, and DOES 1 THROUGH 50, Inclusive,<br><br>　　　　Defendants. | Case No. 1:17-cv-01070-AWI-BAM<br>[*Hon. Anthony W. Ishii*]<br><br>**ORDER TO VACATE MANDATORY SCHEDULING CONFERENCE PENDING STAY OF CIVIL PROCEEDINGS**<br><br>State Action Filed: 07/26/16<br>Sched. Conf.:　　07/25/18<br>Trial Date:　　　N/A |

PURSUANT TO THE STIPULATION OF THE PARTIES ("Joint Stipulation To Vacate Mandatory Scheduling Conference Pending Stay of Civil Proceedings"), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

**ORDER TO VACATE MANDATORY SCHEDULING CONFERENCE PENDING STAY OF PROCEEDINGS.**

1. The Court hereby Orders that the July 25, 2018, mandatory settlement conference is vacated until the previously ordered stay of civil proceedings is lifted;

2. Pursuant to the Court's order of December 18, 2017, the parties remain obligated to file a status report with the Court every 90 days regarding the progress of the criminal case, or sooner if the case is resolved in the interim.

IT IS SO ORDERED.

Dated: **June 7, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE